# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALISON MILLER,

    Plaintiff,

v.                                          Case No. 08-CV-11426

CAR-O-LINER COMPANY,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S "REQUEST FOR ADDITIONAL TIME TO FILE SUPPORTING AFFIDAVIT"

Before the court is Plaintiff Alison Miller's "Request for Additional Time [t]o File Supporting Affidavit," filed March 16, 2009. In her "Request," Plaintiff asks the court to extend her time to file an affidavit by Matthew Grieder in support of Plaintiff's response to Defendant's motion for summary judgment because Grieder is currently in Basic Training for the United States Army at Fort Benning, Georgia. Plaintiff has attached the substance of Grieder's affidavit to her response to Defendant's motion for summary judgment. (Pl.'s Resp. Ex. E.) Because Defendant has notice regarding what Grieder's affidavit will state, and a delay in filing the affidavit will not unduly prejudice Defendant, the court will grant Plaintiff's "Request." Accordingly,

IT IS ORDERED that Plaintiff's "Request for Additional Time [t]o File Supporting Affidavit" [Dkt. # 31] is GRANTED IN PART. The court will allow an extension but will not grant as lengthy an extension as Plaintiff requested.

IT IS FURTHER ORDERED that Plaintiff shall file Matthew Grieder's affidavit on or before **April 13, 2009**.

                                        s/Robert H. Cleland  
                                        ROBERT H. CLELAND  
                                        UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 19, 2009, by electronic and/or ordinary mail.

                                        s/Lisa G. Wagner  
                                        Case Manager and Deputy Clerk  
                                        (313) 234-5522